# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| JENNIFER CORRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:19-CV-162 |
| | ) | |
| U.S. XPRESS, INC. and MICHAEL LYNN CARTER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendants' Motion to Strike Plaintiff's Jury Demand, dkt. no. 71, as well as Defendants' Notice of Withdrawal of that motion, dkt. no. 109, which the Court construes as a motion. After consideration of the Motion to Withdraw and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the Motion to Strike, dkt. no. 71, as **WITHDRAWN**.

**SO ORDERED** this 4 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA